■ EDWIN R. BETTS, Appellant, v UNIVERSITY OF ROCHESTER, Respondent. (Appeal No. 2.)—Judgment unanimously vacated without costs *(see, mem in Betts v University of Rochester* [appeal No. 1], 123 AD2d 496). (Appeal from judgment of Supreme Court, Monroe County, Kennedy, J.—dismiss complaint.) Present—Dillon, P. J., Denman, Green, Balio and Lawton, JJ.